UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

GUADALUPE GUZMAN,

    Plaintiff,

- against -

MARY ANN GANTNER,
District Director, US BCIS
New York, New York

    Defendant.

------------------------------X

<u>STIPULATION AND
ORDER OF DISMISSAL</u>

Civil Action
No. CV-05-0460

(Ross, J.)
(Levy, M.J.)

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
July ___, 2005
8/9
_____
Attorney for the Plaintiff

_____
SPIRO SERRAS, ESQ.
Wilens & Baker, PC
450 Seventh Avenue
New York, New York 10123

Dated: New York, New York
July 12, 2005

_____
Attorney for the Defendant

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By: _____
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
~~July~~ Aug 18, 2005

_____
HONORABLE ALLYNE R. ROSS
United States District Judge